USCA1 Opinion

 

 December 5, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 95-1645  LUTHER C. PERKINS, Plaintiff, Appellant, v. JESSE BROWN, SECRETARY, U.S. DEPARTMENT OF VETERANS AFFAIRS, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Joseph A. DiClerico, U.S. District Judge] ___________________ ____________________ Before Selya, Stahl and Lynch, Circuit Judges. ______________ ____________________ Luther C. Perkins on brief pro se. _________________ Paul M. Gagnon, United States Attorney, and T. David Plourde, _______________ _________________ Assistant United States Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. We have carefully reviewed the ___________ parties' briefs and the record on appeal. We affirm the judgment of the district court essentially for the reasons stated in the order dated May 25, 1995. We add that, under our system of representative litigation, clients are ordinarily held responsible for the acts and omissions of their attorneys. See Thibeault v. Square D Co., 960 F.2d ___ _________ _____________ 239, 246 (1st Cir. 1992) ("[W]hile `[t]he argument that the sins of the attorney should not be visited upon the client is a seductive one, . . . its siren call is overborne by the nature of the adversary system.'" (quoting Damiani v. Rhode _______ _____ Island Hosp., 704 F.2d 12, 16 (1st Cir. 1983))); see also ____________ _________ Link v. Wabash R. Co., 370 U.S. 626, 633-34 (1962). Although ____ _____________ we are not unsympathetic with appellant's plight, we agree that he is left to his remedies against counsel.  Affirmed. _________ -2-